UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GERALD LALLEMAND, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Civil Action No.  1:11-cv-00544-JL |
| LIFE INSURANCE COMPANY OF, | ) |
| NORTH AMERICA | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, Gerald Lallemand, by and through the undersigned counsel, who hereby dismiss without prejudice the above action against Defendant Life Insurance Company of North America pursuant to Federal Rule of Civil Procedure 41(a)(1).  Defendant has been served with the complaint and summons in this matter.  Defendant has not yet filed an answer in this matter.

                                      Respectfully submitted,

Dated:  January 20, 2012          /s/ *Peter J. Mathieu*_____
                                             Peter J. Mathieu
                                             Coolidge Law Firm, PLLC
                                             98 High Street
                                             PO Box 271
                                             Somersworth, NH 03878
                                             (603) 692-4282
                                             pjmathieu@lawyer.com

## **CERTIFICATE OF SERVICE**

  I, Peter J. Mathieu, hereby certify that on January 20, 2012, I electronically filed the Plaintiff's Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Byrne J. Decker, Esq.
One Monument Square
Portland, ME 04101-1110
bdecker@pierceatwood.com

            /s/ *Peter J. Mathieu*
            Peter J. Mathieu
            Coolidge Law Firm, PLLC
            98 High Street
            PO Box 271
            Somersworth, NH 03878
            (603) 692-4282
            pjmathieu@lawyer.com